## LARREMORE v. STATE.
### No. 14517.

Court of Criminal Appeals of Texas.
June 10, 1931.

J. K. Russell and A. C. Chrisman, both of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

## HAWKINS, J.

Conviction is for driving an automobile while intoxicated; punishment assessed being a fine of fifty dollars.

The record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.